IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOEY FRANK ROGERS, | ) | CHAPTER 13 |
| ANGELA ROGERS, | ) | CASE NO. 10-30433 |
| | ) | |
| DEBTORS. | ) | |

**OBJECTION TO CONFIRMATION**

COMES NOW First Citizens Bank, as successor in interest to First Lowndes Bank, by and through its attorney of record, and objects to the confirmation of the above-styled Chapter 13 bankruptcy case. As grounds for said objection, First Citizens Bank would show this Court as follows:

1. Debtors filed this voluntary Chapter 13 case on to-wit: February 22, 2010. In this case, Debtors proposed to pay First Citizens Bank directly, specifically the debt secured by real property located at 328 Harden Lane, Letohatchee, Alabama.

2. However, Debtors have failed to make their direct payments and are past due for a partial of the February 16, 2010 through April 16, 2010 payments, and are past due a total of Three Thousand One Hundred Forty-seven and 00/100 ($3,147.00) Dollars, excluding attorney's fees.

3. Further, First Citizens Bank has not been provided with any information showing that Debtor has insurance coverage on said collateral.

WHEREFORE, THE PREMISES CONSIDERED, First Citizens Bank would respectfully request that confirmation of Debtors' plan be denied or continued until Debtors have brought First Citizens Bank's account current and provides proof of insurance. Furthermore, if Debtors' plan is confirmed, First Citizens Bank would request this Honorable Court to enter a 30-day "drop-dead" order on future payments, so if Debtors fail to make future payments and any payment is more than thirty (30) days late, the stay will automatically lift and First Citizens Bank will be free to proceed with foreclosure. First Citizens Bank requests whatever other or additional relief to which it is entitled.

Respectfully submitted,

PARNELL & CRUM, P.A.


   /s/ Charles N. Parnell, III
By:   CHARLES N. PARNELL, III
      Attorney for First Citizens Bank

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the 23rd day of April, 2010.

| | |
|---|---|
| Hon. Curtis C. Reding<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtors<br>Post Office Box 201<br>Montgomery, Alabama 36101-0201 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Joey & Angela Rogers<br>Debtors<br>100 Harden Lane<br>Letohatchee, Alabama 36047 |

   /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III